1  BROWN | POORE LLP
2  Scott A. Brown (SBN 177099)
   3100 Oak Drive, Suite 100
3  Walnut Creek, California 94597
   Telephone: (925) 943-1166
4  sbrown@bplegalgroup.com

5  Attorneys for Plaintiff Steven Grant

6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12

13  STEVEN GRANT,                                    **3:21-CV-05603-CRB**

14          Plaintiff,                               **JOINT STIPULATION OF DISMISSAL
                                                     WITH PREJUDICE AND [PROPOSED]
15  v.                                               ORDER**

16
    PAYCHEX NORTH AMERICA, INC.; and                 **Judge:        Hon. Charles R. Breyer**
17  DOES 1 through 50, inclusive,
                                                     **Complaint Filed:  June 4, 2021**
18                                                   **Notice of Removal Filed:  July 21, 2021**
            Defendants.
19

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED AND AGREED by and between the parties Plaintiff Steven Grant ("Plaintiff") and Defendant Paychex North America, Inc. ("Paychex") under Federal Rule of Civil Procedure section 41(a)(1)(A)(ii) that this action be dismiss with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  May 8, 2023

NIXON PEABODY

By:_____

Hillary Baca
Attorneys for Respondent

Dated:  4/12/23

BROWN | POORE LLP

By:_____

Scott A. Brown
Attorneys for Claimant

## ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1.  The action is dismissed in its entirety with prejudice pursuant to FRCP 41;

2.  Each party shall bear their own costs and attorneys' fees;

3.  The Arbitrator shall retain jurisdiction over this matter to enforce the terms of the Settlement and Release Agreement.

IT IS SO ORDERED.

Dated:  May 9, 2023

_____

Hon. Charles R. Breyer

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER